ACCEPTED
04-15-00318-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/23/2015 5:20:36 PM
KEITH HOTTLE
CLERK



## LANGLEY & BANACK
INCORPORATED

Attorneys and Counselors at Law

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

07/23/15 5:20:36 PM

KEITH E. HOTTLE
Clerk

Catherine M. Stone
  Board Certified - Civil Appellate Law
  Texas Board of Legal Specialization
Email Address: cstone@langleybanack.com

July 23, 2015

Keith E. Hottle, Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas  78205

     Re:  **VACATION LETTER**
           Case No. 04-15-00318-CV; *Gemini Insurance Co. and Berkley Oil and Gas Specialty Services, LLC v. Drilling Risk Management, Inc.*; Fourth Court of Appeals, San Antonio, Texas

Dear Mr. Hottle:

I am scheduled to be out of my office on the following days:

September 2 – 4, 2015; and
October 14 – 28, 2015.

Please do not schedule any hearings on these dates.  Thank you.

           Sincerely,

           Catherine M. Stone

CMS:thr

cc:   R. Russell Hollenbeck
       Charles Joseph Cain

TRINITY PLAZA II • 745 EAST MULBERRY, STE 900
SAN ANTONIO, TEXAS 78212-3166 • T 210.736.6600 • F 210.735.6889
WWW.LANGLEYBANACK.COM

SAN ANTONIO • CARRIZO SPRINGS • EAGLE PASS • KARNES CITY • CASTROVILLE

MERITAS® LAW FIRMS WORLDWIDE